```
                                                        FILED IN THE
                                                     U.S. DISTRICT COURT
                                                 EASTERN DISTRICT OF WASHINGTON

              UNITED STATES DISTRICT COURT            OCT 10 2006
              EASTERN DISTRICT OF WASHINGTON
                                                     JAMES R. LARSEN, CLERK
                                                   _____ DEPUTY
UNITED STATES OF AMERICA,       )                   YAKIMA, WASHINGTON
                                )
              Plaintiff,        )
                                )     Citation No. F3822219
      vs.                       )     Mag. No. MJ-06-4163-1
                                )
TREVOR STROH,                   )     Order to Quash Summons and
                                )     Close Case
              Defendant.        )
                                )
```

The Court hereby orders that the Summons issued to the above named defendant be quashed and close this case. The Clerk of the Court is hereby ordered to close this case.

DATED this 10th day of October, 2006.

/s/ Michael W. Leavitt
Michael W. Leavitt
United States Magistrate Judge

Order to Quash - 1